UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-316-4F(3)

UNITED STATES OF AMERICA )
)
v. ) ORDER
)
JAMISHA CULBRETH )

This matter is before the court on the government's unopposed motion to modify the terms of the pretrial diversion agreement between the government and the defendant regarding the defendant's joint and several liability under Special Condition 6 of the pretrial diversion agreement for payment to Belk's Department Store, 200 Cross Creek Mall, Fayetteville, North Carolina, of $40,650.00 in restitution. For good cause shown, IT IS HEREBY ORDERED that Special Condition 6 of the pretrial diversion agreement is hereby modified and the defendant is now jointly and severally liable in the amount of $20,000 in restitution. IT IS FURTHER ORDERED that the remaining terms of pretrial diversion agreement are unchanged.

SO ORDERED this 30th day of November 2010.

James C. Fox
JAMES C. FOX
Senior United States District Judge